UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JOHN GRUENWALD<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ))))))))))))))) | BK No.:  17-12934<br><br>Chapter: 7<br><br>Honorable Janet S. Baer<br><br>DuPage<br><br>Adv. No.: |

**ORDER EXTENDING TIME TO OBJECT TO DISCHARGE**

This matter coming on the Motion filed by chapter 7 trustee Brenda Porter Helms (the "Trustee") to Extend Time to Object to Discharge, due notice has been given, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that the Trustee is granted an extension of time to and including December 6, 2017 to file a complaint objecting to the Debtor's discharge.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 20, 2017

**Prepared by:**

Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427